■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH DARLING, Appellant.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Time to perfect appeal extended 90 days. Motion in all other respects denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL KING, Appellant.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion in all other respects denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NORMAN CHURCH, Appellant.— Decision of February 16, 1962 (ante, p. 833) amended to read: Application for assignment of counsel granted. Thomas A. Vitanza, Esq., Norwich, N. Y. is assigned as counsel.

■ In the Matter of R. BESSIE BREGMAN, an Attorney.— Petition to change name on Roll of Attorneys to R. Bessie Bregman Gilbert granted.